UNITED STATES of America, Plaintiff–Appellee

v.

Juan RAMIREZ–MEDINA, also known as Juan Ramirez, also known as Juan M. Ramirez, also known as Juan Medina–Ramirez, Defendant–Appellant.

No. 09–10524
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 12, 2010.

Amanda R. Burch, U.S. Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

William Reynolds Biggs, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Juan Ramirez–Medina, Seagoville, TX, pro se.

Before GARZA, DENNIS, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Juan Ramirez–Medina has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Ramirez–Medina has not filed a response. Our independent

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

509

review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.